UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-25143-RAR

**LUIS EDUARDO SALAZAR**, and all others  )
similarly situated under 29 U.S.C. 216(b),   )
                                                                )
            Plaintiff,   )
  vs.   )
                                                                  )
**VANEGAS INTERNATIONAL GROUP**   )
**LLC,**   )
**MATELO ENTERPRISES, INC.,**   )
**MONICA VANEGAS,**   )
**ANASTACIO LORENTE**,   )
                                                                 )
            Defendants.   )
_____   )

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND ALL
PRETRIAL DEADLINES BY 15 DAYS**

COMES NOW Plaintiff, through undersigned counsel, and files this Motion to Extend Discovery and All Pretrial Deadlines by 15 Days and states:

1. Defendant Asastasio Lorente did not respond at all to discovery requests until November 15, 2019, after the Court ordered his responses.

2. When he did respond, Mr. Lorente did not provide any tax returns, claiming that he has not filed tax returns since before 2015.  He also provided bank statements for only one account in 2019 and one account for 7 months in 2018.  He provided no bank statements or cancelled checks for 2015 through May of 2018, even though those documents were requested.

3. In Mr. Lorente's deposition, which was held on Wednesday November 27, 2019, after Ms. Lorente failed to appear at his first deposition scheduled for October 24, 2019, he claimed that he never paid Plaintiff, and that he did not employ Plaintiff.  However,

1

Plaintiff distinctly recalls working for Mr. Lorente and being paid by Mr. Lorente, as well as Ms. Vanegas. Thus, the bank statements and cancelled checks are essential to resolving this factual issue.

4. Defendant Vanegas has not provided any responses to any discovery requests, nor has she appeared for her deposition, which was finally scheduled for today, after she refused to cooperate in the scheduling of the deposition.[1]

5. Ms. Vanegas called undersigned counsel on Friday afternoon, November 29, 2019 and asked to reschedule the deposition. Undersigned counsel informed Ms. Vanegas that today was the discovery cutoff deadline and that the deposition could not be rescheduled.

6. This morning, Ms. Vanegas emailed and stated that she would not be attending the deposition because she had contracted food poisoning. See Exhibit B. However, she is willing to reschedule her deposition. Because today is the discovery deadline, undersigned counsel is filing this Motion to Extend that Deadline to take Ms. Vanegas's deposition and to obtain the bank statements and cancelled checks from Defendant Lorente.

7. Because of the Defendants' absolute refusal to comply with discovery requests and to cooperate with setting depositions in this case, undersigned counsel has found it impossible to complete the work required to be done in this case before the required deadlines.

---

[1] Counsel for Plaintiff began trying to get dates from Defendants for their depositions in June of this year. See exhibit A (emails asking for deposition dates). Because Defendants were pro se, counsel for Plaintiff tried not to unilaterally set the deposition dates. However, undersigned counsel had no choice but to unilaterally set Defendant Vanegas' deposition when she refused to respond to requests for dates of availability.

8. The requested extensions are not for the purpose of delay, and will not prejudice the parties because the ultimate trial date will not change.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an order extending the pretrial deadlines in this case by 15 days to allow Plaintiff time to reschedule Ms. Vanegas' deposition and to require Mr. Lorente to produce his bank statements and cancelled checks from 2015 to 2019.

### CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel has attempted to confer by email with the Defendants in this case regarding the relief requested; however, as of the time of filing of this Motion, no response has been received.

**Respectfully submitted this 2d day of December,**

LISA KUHLMAN
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: LKUHLMAN.JHZIDELLPA@GMAIL.COM
Florida Bar No. 978027


BY:___/s/___Lisa Kuhlman_____
LISA KUHLMAN

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA SAME ON 12/2/19 TO:

(VIA EMAIL AND US MAIL)
MONICA VENEGAS
VENEGAS INTERNATIONAL GROUP LLC
MATELO ENTERPRISES, INC.

**921 HARBOR DRIVE**
**KEY BISCAYNE, FL 33149**
**MONICAVENEGAS@AOL.COM**

**(VIA EMAIL AND US MAIL)**
**ANASTACIO LORENTE**
**260 CRANDON BLVD #53**
**KEY BISCAYNE, FL 33145**
**TASIO540@AOL.COM**

                          **BY:\_\_\_/s/\_\_\_Lisa Kuhlman_____**
                                 **LISA KUHLMAN**